1014

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03477-8, Christopher A. Washington, J., entered October 13, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 62697-3-I. Division One. September 14, 2009.]

TURNING POINT COMMUNITY CHURCH OF GOD IN CHRIST, *Respondent*, v. BERNICE LEE, *Appellant*, MARION TUCKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-24383-8, Susan J. Craighead, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 37364-5-II. Division Two. September 15, 2009.]

MICHAEL SNYDER, *Appellant*, v. ALLISON PARNELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-06481-3, Robert L. Harris, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 37407-2-II. Division Two. September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LAMAR RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00368-6, Nelson E. Hunt, J., entered February 25, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, J.; Quinn-Brintnall, J., dissenting in part.